Allie Jeanette Wilkins, *et al.*, Appellant, v. J. T. Miller, *et al.*, Appellee.

An Appeal from the Circuit Court for Polk County; John S. Edwards, Judge.

*John W. Bull,* for Appellant.

*Wilson & Boswell,* for Appellee.

---

Curtis C. Clouse, Appellant, v. Leonora Lighter, *et al.,* Appellees.

An Appeal from the Circuit Court for Broward County; C. E. Chillingworth, Judge.

Appeal dismissed on motion of counsel for the respective parties.

*Murrell & O'Farrell,* for Appellant;

*Stapp, Vining & Ward,* for Appellee.

---

J. E. Frenkel, City Treasurer, etc., Plaintiff in Error, v. State *ex rel.* Rob Johnson, Defendant in Error.

A Writ of Error to the Court of Record for Escambia County; C. M. Jones, Judge.

Writ of Error dismissed by order of the court.

*John B. Jones,* for Plaintiff in Error;

*J. McHenry Jones,* for Defendant in Error.